IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR3116 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING DEADLINE FOR FILING PRETRIAL MOTIONS** |
| ABRAHAM RICHARDSON, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant Abraham Richardson's Unopposed Motion to Continue Deadline for Filing Pretrial Motions (filing no. 23) from November 21, 2011, to December 5, 2011. As explained in the defendant's motion, additional Rule 16 discovery is being provided by the government, and defense counsel will need time to review the additional disclosures. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Richardson's deadline for filing pretrial motions shall be continued from November 21, 2011, to December 5, 2011. This Court further finds that, based upon the showing set forth in Defendant Richardson's motion, the ends of justice will be served by continuing Richardson's deadline for filing pretrial motions. Further, the Court finds that taking such action outweighs the best interests of the public and Defendant Richardson in a speedy trial. Accordingly, the time from November 21, 2011, until December 5, 2011, shall be excludable time, pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 21st day of November, 2011.

BY THE COURT:

*s/Cheryl R Zwart*
United States Magistrate Judge