IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR3116 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING DEADLINE FOR FILING PRETRIAL MOTIONS** |
| ABRAHAM RICHARDSON, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant Abraham Richardson's Unopposed Motion to Continue Deadline for Filing Pretrial Motions (filing no. 26) from December 5, 2011, to December 12, 2011. Defense counsel explains that additional time is needed to review the voluminous discovery received from the government before deciding if pretrial motions should be filed. The court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Richardson's deadline for filing pretrial motions shall be continued from December 5, 2011, to December 12, 2011. This Court further finds that, based upon the showing set forth in Defendant Richardson's motion, the ends of justice will be served by continuing Richardson's deadline for filing pretrial motions. Further, the Court finds that taking such action outweighs the best interests of the public and Defendant Richardson in a speedy trial. Accordingly, the time from December 5, 2011, until December 12, 2011, shall be excludable time, pursuant to 18 U.S.C. §3161(h)(8)(A).

November 30, 2011.

BY THE COURT:

_____
United States Magistrate Judge